## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MAX McLAUGHLIN, Individually and on behalf of all others similarly situated § § § | § | PLAINTIFF |
| v. | § | CAUSE NO. 1:01CV228 LG-JMR |
| MISSISSIPPI POWER COMPANY, ET AL. | § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on Mississippi Power Company's Motion for Summary Judgment, the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Mississippi Power Company, pursuant to Fed. R. Civ. P. 56.  Plaintiff's claims against Mississippi Power Company are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 4th day of October, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE